IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN ASHLEY<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>Defendant. | Civil Action No. 14-1928 (RC) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(A)(1)(A)(i) BY PLAINTIFF

Plaintiff Jonathan Ashley, by and though his undersigned counsel, hereby gives notice that he is voluntarily dismissing the complaint in Civil Action No. 14-1928 without prejudice as authorized by Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 7, 2015

        Respectfully submitted,

        /s/ Bruce D. Brown
        Bruce D. Brown
        D.C. Bar # 457317
        The Reporters Committee for
        Freedom of the Press
        1156 15th St. NW, Suite 1250
        Washington, DC 20005
        bbrown@rcfp.org

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and serve counsel for the following parties:

Wyneva Johnson
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
wyneva.johnson@usdoj.gov

This the 7th day of May, 2015.

/s/ Bruce D. Brown